UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:

VIRGINIA FISCHER

Debtor

Case No. 07-12561
Section "B"
Chapter 13

**UNITED STATES TRUSTEE'S OBJECTION TO PRESCRIBED CLAIMS**

**COMES NOW**, R. Michael Bolen, United States Trustee for Region 5 ("UST"), by and through undersigned counsel, and files this objection to the claims of B-Real, LLC (Claims 14, 15 and 16), TSYS Debt Mgmt, Inc, service provided for Macy's (Claim 5), ecast Settlement Corp., (claim 6) for the following reasons:

1. Debtor filed a voluntary Chapter 13 petition on December 27, 2007. The chapter 13 plan was confirmed on April 7, 2008, and the plan was modified on March 30, 2009.

2. Claim No. 14 filed by B-Real, LLC as assignor for Citibank, the original creditor, in the amount of $3,309.75 should be disallowed as it has prescribed under Louisiana law. The account information attached to the claim states the last payment date on the account was November 15, 2002, and the account was charged off on June 24, 2003. The charge off occurred more than four years prior to the bankruptcy filing. Because the claim was charged off over four years prior to the petition date, there can be no activity on the account since the charge off date and the claim exceeds the three year prescription period under Louisiana law for a debt on open account. La. Civil Code art. 3494.

3. Claim No. 15 filed by B-Real, LLC, as assignee of Citibank as the original creditor, in the amount of $1,782.38, should be disallowed as it has prescribed under Louisiana law. The account information attached to the claim states the last payment date on the account was November 12, 2002, and the account was charged off on June 18, 2003. Because the last payment and charge off occurred more than three years prior to the petition date, the claim exceeds the three year prescription period under Louisiana law for a debt on open account. La. Civil Code art. 3494.

4. Claim No. 16 filed by B-Real, LLC, as assignee of Household Bank as the original creditor, in the amount of $2,724.85, should be disallowed as it has prescribed under Louisiana law. The account information attached to the claim states the last payment date on the account was May 18, 2001, and the account was charged off on December 31, 2001. Because the last payment and charge off occurred more than three years prior to the petition date, the claim exceeds the three year prescription period under Louisiana law for a debt on open account. La. Civil Code art. 3494

5. Claim No. 5 filed by Department Stores National Bank/Macy's was filed in the amount of $1,788.21. The Debtor's schedules list the claim of Macy's as a credit card debt in the amount of $1,493.00 which is disputed as prescribed. The U.S. Trustee objects that the claim should be disallowed because it fails to provide supporting documents, and upon information and belief, it has prescribed under La. Civil Code art. 3494, as a debt more than three years old as of the petition date.

6. Claim No. 6 filed by ecast Settlement Corp. as assignee of GE Money Bank/Dillard's was filed in the amount of $858.85. The Debtor's schedules list the claim of GEMB/Dillard's as a charge account debt which is disputed as paid in full and also as prescribed. The U.S. Trustee objects that the claim should be disallowed because it fails to provide supporting documents, and upon information and belief, it has prescribed under La. Civil Code art. 3494, as a debt more than three years old as of the petition date.

WHEREFORE, the above-premises considered, the U.S. Trustee prays that a hearing be held to consider the objection to the claims of B-Real, LLC, and Department Stores National Bank/Macy's and ecast Settlement Corp., that the claims be disallowed and expunged, and that no payment be made on the claims, and for other and further relief as is just.

Respectfully Submitted,

R. MICHAEL BOLEN
United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

*s/Mary S. Langston*
Mary S. Langston (22818)
Assistant United States Trustee
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Phone Number: (504) 589-4018
Facsimile Number: (504) 589-4096